UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE A. ELIAS CHAVEZ,

        Plaintiff,

    v.

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER,
U.S. ATTORNEY GENERAL,

        Defendants.

Case No. 2:26-cv-1915-KCD-NPM

/

## **ORDER**

Petitioner Jose A. Elias Chavez has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government responded in opposition. (Doc. 9.)

This is Chavez's second petition. The prior case was dismissed because, although Chavez's detention is outside the six-month window set forth in *Zadvydas*, he had refused removal, so the time is tolled. *See* Case No. 2:26-cv-1402-KCD-NPM, 2026 WL 1481366 (M.D. Fla. May 27, 2026) (Doc. 9). Because Chavez's petition here recycles the same arguments and has not shown—or even argued—he cooperated with the removal attempt to Mexico that was the basis for the prior denial, the same result applies here. (*Id.*)

Accordingly, the habeas petition (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and close the case.

**ORDERED** in Fort Myers, Florida on June 25, 2026.

Kyle C. Dudek
United States District Judge

2